INKU NAM, ESQ. (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Defendant*
*Granbury at Valley Vista*
*Homeowners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OSSIRIS LYNCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GRANBURY AT VALLEY VISTA HOMEOWNERS ASSOCIATION,<br><br>Defendant. | Case No.:<br><br><br>**NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT** |

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Granbury at Valley Vista Homeowners Association ("Defendant") by and through its attorneys, O'Hagan Meyer PLLC, hereby notifies the Court of the removal of *Ossiris Lynch v Granbury at Valley Vista Homeowners Association*, Case No. A-25-927483-C, which was filed in the Eighth Judicial District Court in Clark County, Nevada. This removal is based upon federal question jurisdiction and is timely filed. In support of said removal, Defendant states as follows:

1.    On October 13, 2025, this action was removed because, among other claims, Plaintiff sought relief for claims under the Fair Housing Act, 42 U.S.C. § 3617. *See* Defendant's Notice of Removal, *Lynch v. Granbury*, No. 2:25-cv-01959 (D. Nev. Oct. 13, 2025), ECF No. 1.

2.    On December 8, 2025, the federal district court granted remand on the basis that Plaintiff voluntarily dismissed his sole federal claim. *See* Order Granting Motion to Remand, *Lynch v. Granbury*, No. 2:25-cv-01959 (D. Nev. Oct. 13, 2025), ECF No. 20.

1

3. On February 24, 2026, Plaintiff filed an Amended Complaint in the Eighth Judicial District Court of Clark County, Nevada. A copy of the Complaint is attached hereto as **Exhibit A**.

4. In the Amended Complaint, among other things, Plaintiff reasserted his claim under the Fair Housing Act, 42 U.S.C. § 3617. *See* **Exhibit A**.

5. On March 16, 2026, Defendant accepted service of the Amended Complaint. A copy of the Acceptance of Service is attached as **Exhibit B**. This Notice of Removal is being filed within thirty (30) days of receipt of service and is timely under 28 U.S.C. §§ 1446(b).

6. This action is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 federal question jurisdiction.

7. Plaintiff's Complaint alleges that Plaintiff, Ossiris Lynch, is a resident of North Las Vegas, Nevada.

8. Defendant is and was at all times, a Nevada nonprofit corporation with its principal place of business in Las Vegas, Nevada.

9. There is now and there was at the time of the commencement of this action, complete federal question jurisdiction between Plaintiff and Defendant.

WHEREFORE, Defendant prays that the above-referenced action, now pending in the Eighth Judicial District Court of the State of Nevada in and for the County of Clark, be removed therefrom to this Court.

Dated this 25th day of March, 2026

**O'HAGAN MEYER PLLC**

By        */s/ Inku Nam*
INKU NAM
Nevada Bar No. 12050
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

*Attorneys for Defendant*
*Granbury at Valley Vista*
*Homeowners Association*

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to NRCP 5(b) and NEFCR 9, I certify that I am an employee of O'HAGAN MEYER PLLC, and that on this 25th day of March, 2026, I electronically filed and served the foregoing **NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT** through Clerk of the Court through Case Management/Electronic Filing System and Electronic Mail as follows:

Rust Graf, ESQ.
Nevada Bar No. 6322
Sasha Araujo Hernandez, ESQ.
Nevada Bar No. 16675
BLACK & WADHAMS
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
rgraf@blackwadhams.law
saraujo@blackwadhams.law

*Attorneys for Plaintiff*


By:            /s/ Krystal Williams
               An Employee of
               O'HAGAN MEYER PLLC

4