# Exhibit B

Acceptance of Service

Electronically Filed
3/16/2026 12:51 PM
Steven D. Grierson
CLERK OF THE COURT

**ACSR**
RUSTY GRAF, ESQ.
Nevada Bar No. 6322
SASHA ARAUJO HERNANDEZ, ESQ.
Nevada Bar No. 16675
BLACK & WADHAMS
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
Telephone: (702) 869-8801
rgraf@blackwadhams.law
saraujo@blackwadhams.law
*Attorney for Plaintiff*

**EIGHTH JUDICIAL DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| OSSIRIS LYNCH, an individual<br><br>Plaintiff,<br>vs.<br><br>GRANBURY AT VALLEY VISTA HOMEOWNERS ASSOCIATION, a Nevada corporation; DOES I-X, ROE ENTITIES I-X,<br><br>Defendants. | Case No.: A-25-927483-C<br><br>Dept No.: 7<br><br>**ACCEPTANCE OF SERVICE** |

/ / /

BLACK & WADHAMS
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669

Page 1 of 2

## ACCEPTANCE OF SERVICE

INKU NAM, ESQ., of the law firm of O'HAGAN MEYER hereby accepts service of process of the SUMMONS – CIVIL and PLAINTIFF'S AMENDED COMPLAINT, on behalf of GRANBURY AT VALLEY VISTA HOMEOWNERS ASSOCIATION, a Nevada corporation, named Defendant in the above-captioned matter.

DATED this 16th day of March 2026.

O'HAGAN MEYER

/s/ Inku Nam, Esq.
Inku Nam, Esq.
Nevada Bar No. 12050
300 S. 4th St., Ste. 1250
Las Vegas, NV 89101
(725) 286-2801
inam@ohaganmeyer.com

BLACK & WADHAMS
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669