ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
**BLACK & WADHAMS**
10777 W. Twain Avenue, Third Floor
Las Vegas, Nevada 89135
(702) 869-8801
(702) 869-2669 (fax)
aschmidt@blackwadhams.law
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OSSIRIS LYNCH, an individual, | **CASE NO.: 2:26-cv-00895-APG-EJY** |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |
| vs. | |
| GRANBURY AT VALLEY VISTA HOMEOWNERS ASSOCIATION, a Nevada corporation; DOES I-X, ROE ENTITIES I-X, | **(First Request)** |
| Defendants. | |

Plaintiff Ossiris Lynch ("Plaintiff") and Defendant Granbury at Valley Vista Homeowners Association ("Defendant") by and through their respective undersigned counsel of record, hereby stipulated and agree to extend the deadline for the Plaintiff to file an opposition to Defendant's Motion to Dismiss [ECF No. 5], which was filed on April 6, 2026, by two weeks, from April 20, 2026, to **May 4, 2026**.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension as Plaintiff needs additional time to prepare an opposition and consult with his client to obtain approval of the same. Additionally, there have been settlement discussions between the parties' respective counsel that needs to be addressed with Plaintiff. Plaintiff requested the extension of the deadline and Defendant was fully cooperative and agreeable.

/ / /

BLACK & WADHAMS
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669

This is the first request for the extension of this deadline.

**IT IS SO STIPULATED.**

DATED this 20th day of April, 2026.          DATED this 20th day of April, 2026.

**BLACK & WADHAMS**                          **O'HAGAN MEYER PLLC**

/s/ Rusty Graf, Esq.                         /s/ Inku Nam, Esq.
Allison R. Schmidt, Esq.                     Inku Nam, Esq.
Nevada Bar No. 10743                         Nevada Bar No. 12050
10777 W. Twain Ave., Ste. 300                300 S. 4th St., Ste. 1250
Las Vegas, NV 89135                          Las Vegas, NV 89101
aschmidt@blackwadhams.law                    inam@ohaganmeyer.com
*Attorneys for Plaintiff*                    *Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: April 21, 2026

BLACK & WADHAMS
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669

Page 2 of 2