ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
SASHA ARAUJO HERNANDEZ, ESQ.
Nevada Bar No. 16675
**BLACK & WADHAMS**
10777 W. Twain Avenue, Third Floor
Las Vegas, Nevada 89135
(702) 869-8801
(702) 869-2669 (fax)
aschmidt@blackwadhams.law
Attorneys for Plaintiff

BLACK & WADHAMS
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OSSIRIS LYNCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GRANBURY AT VALLEY VISTA HOMEOWNERS ASSOCIATION, a Nevada corporation; DOES I-X, ROE ENTITIES I-X,<br><br>Defendants. | CASE NO.: **2:26-cv-00895-APG-EJY**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(Second Request)** |

Plaintiff Ossiris Lynch ("Plaintiff") and Defendant Granbury at Valley Vista Homeowners Association ("Defendant") by and through their respective undersigned counsel of record, hereby stipulated and agree to extend the deadline for the Plaintiff to file an opposition to Defendant's Motion to Dismiss [ECF No. 5], which was filed on April 6, 2026 by an additional two weeks, from May 4, 2026, to **May 18, 2026**. This is the parties' Second Request. The Opposition was originally due to be filed on April 20, 2026.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension as Plaintiff needs additional time to prepare an opposition and consult with his client to obtain approval of the same. Additionally, there have been settlement discussions between the parties' respective counsel that needs to be addressed with Plaintiff. Plaintiff requested the extension of the deadline and Defendant was fully cooperative and agreeable.

This is the second request for the extension of this deadline.

**IT IS SO STIPULATED.**

DATED this 4th day of May, 2026.

DATED this 4th day of May, 2026.

**BLACK & WADHAMS**

**O'HAGAN MEYER PLLC**

*/s/ Allison R. Schmidt, Esq.*
Allison R. Schmidt, Esq.
Nevada Bar No. 10743
10777 W. Twain Ave., Ste. 300
Las Vegas, NV 89135
aschmidt@blackwadhams.law
*Attorneys for Plaintiff*

*/s/ Inku Nam*
Inku Nam, Esq.
Nevada Bar No. 12050
300 S. 4th St., Ste. 1250
Las Vegas, NV 89101
inam@ohaganmeyer.com
*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 11, 2026 _____

**BLACK & WADHAMS**
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669