RUSTY GRAF, ESQ.
Nevada Bar No. 6322
SASHA ARAUJO HERNANDEZ, ESQ.
Nevada Bar No. 16675
**BLACK & WADHAMS**
10777 W. Twain Avenue, Third Floor
Las Vegas, Nevada 89135
(702) 869-8801
(702) 869-2669 (fax)
rgraf@blackwadhams.law
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OSSIRIS LYNCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GRANBURY AT VALLEY VISTA HOMEOWNERS ASSOCIATION, a Nevada corporation; DOES I-X, ROE ENTITIES I-X,<br><br>Defendants. | CASE NO.: 2:26-cv-00895-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(Third Request)** |

Plaintiff Ossiris Lynch ("Plaintiff") and Defendant Granbury at Valley Vista Homeowners Association ("Defendant") by and through their respective undersigned counsel of record, hereby stipulated and agree to extend the deadline for the Plaintiff to file an opposition to Defendant's Motion to Dismiss [ECF No. 5] by two weeks, from May 18, 2026, to **June 1, 2026**. This is the parties' Third Request.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension as Plaintiff needs additional time to prepare an opposition and consult with his client to obtain approval of the same. The parties are in continued settlement negotiation discussions. Plaintiff requested the extension of the deadline and Defendant was fully cooperative and agreeable.

/ / /

BLACK & WADHAMS
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669

This is the ~~first~~ third request for the extension of this deadline.

**IT IS SO STIPULATED.**

DATED this 18th day of May, 2026.          DATED this 18th day of May, 2026.

**BLACK & WADHAMS**                        **O'HAGAN MEYER PLLC**

*/s/ Rusty Graf, Esq.*                     */s/ Inku Nam, Esq.*
Rusty Graf, Esq.                           Inku Nam, Esq.
Nevada Bar No. 6322                        Nevada Bar No. 12050
10777 W. Twain Ave., Ste. 300             300 S. 4th St., Ste. 1250
Las Vegas, NV 89135                        Las Vegas, NV 89101
rgraf@blackwadhams.law                     inam@ohaganmeyer.com
*Attorneys for Plaintiff*                  *Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   May 18, 2026

**BLACK & WADHAMS**
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669

Page 2 of 2