RUSTY GRAF, ESQ.
Nevada Bar No. 6322
SASHA ARAUJO HERNANDEZ, ESQ.
Nevada Bar No. 16675
**BLACK & GRAF**
10777 W. Twain Avenue, Third Floor
Las Vegas, Nevada 89135
(702) 869-8801
(702) 869-2669 (fax)
rgraf@blackgraf.law
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OSSIRIS LYNCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GRANBURY AT VALLEY VISTA HOMEOWNERS ASSOCIATION, a Nevada corporation; DOES I-X, ROE ENTITIES I-X,<br><br>Defendants. | CASE NO.: **2:26-cv-00895-APG-EJY**<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

**TO THE CLERK OF THE COURT, ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the law firm of Black & Wadhams has changed its firm name to **BLACK & GRAF**, effective immediately. The remainder of the address and attorney contact information is unchanged. As a result, the firm's address and attorney contact information is as follows:

/ / /

Page 1 of 4

BLACK & GRAF
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669

Rusty Graf, Esq. (Nevada Bar No. 6322)
Sasha Araujo Hernandez, Esq. (Nevada Bar No. 16675)
**BLACK & GRAF**
10777 W. Twain Ave., Ste. 300
Las Vegas, NV 89135
T: (702) 869-8801
F: (702) 869-2669
rgraf@blackgraf.law
saraujo@blackgraf.law

Black & Graf asks that you update your records to reflect this change.

Dated this 1st day of June 2026.

**BLACK & GRAF**

_/s/Rusty Graf, Esq._
RUSTY GRAF, ESQ.
Nevada Bar No. 6322
10777 West Twain Avenue, Suite 300
Las Vegas, Nevada 89135
_Attorneys for Plaintiff_

**BLACK & GRAF**
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that I am employee of Black & Graf, and that on the 1st day of June 2026, I served the above and foregoing **NOTICE OF CHANGE OF FIRM NAME** on the parties in compliance with the Nevada Electronic Filing and Conversion Rules:

*/s/ Diane Meeter*
An Employee of Black & Graf

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that I am employee of Black & Graf, and that on the 1st day of June 2026, I served the above and foregoing **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** on the parties in compliance with the Nevada Electronic Filing and Conversion Rules.

*/s/ Diane Meeter*
An Employee of Black & Graf

**BLACK & GRAF**
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669

**BLACK & GRAF**
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669