# **EXHIBIT 1**



**STATE OF NEVADA**

JOE LOMBARDO
*Governor*

DR. KRISTOPHER SANCHEZ
*Director*

SHARATH CHANDRA
*Administrator*

CHARVEZ FOGER
*Deputy Administrator*

SONYA MERIWEATHER
*Ombudsman*

## DEPARTMENT OF BUSINESS AND INDUSTRY
# REAL ESTATE DIVISION
## COMMON-INTEREST COMMUNITIES AND CONDOMINIUM HOTELS

February 26, 2025

**Claimant(s):**

**OSSIRIS LYNCH**
C/O BLACK & WADHAMS, PLLC
ATTN: RUSTY GRAF, ESQ.
10777 W. TWAIN AVENUE SUITE 300
LAS VEGAS, NV  89135

**Respondent(s):**

**GRANBURY AT VALLEY VISTA HOMEOWNERS' ASSOCIATION**
C/O O'HAGAN MEYER
ATTN: KEVIN L. GOLDEN, ESQ.
300 S. 4TH STREET SUITE 1250
LAS VEGAS, NV  89101

Alternative Dispute Resolution (ADR) **Control #: 25-083/**MEDIATION UNSUCCESSFUL

Dear Sir or Madam,

The Claimant and Respondent participated in mediation on **February 21, 2025**, through the Division's alternative dispute resolution program described in NRS 38. Unfortunately, no agreement was reached. Thank you for your efforts to resolve the dispute between the parties. This matter is now closed.

**Pursuant to the statute below, after completing the Alternative Dispute Resolution process, you may consider using this letter of completion provided by our office to inform the court of competent jurisdiction that NRS 38.310 was fulfilled to bring forth a civil complaint.**

NRS 38.310 Limitations on commencement of certain civil actions.

1. No civil action based upon a claim relating to:

(a) The interpretation, application or enforcement of any covenants, conditions or restrictions applicable to residential property or any bylaws, rules or regulations adopted by an association; or

(b) The procedures used for increasing, decreasing or imposing additional assessments upon residential property,
may be commenced in any court in this State unless the action has been submitted to mediation or arbitration pursuant to the provisions of NRS 38.300 to 38.360, inclusive, and, if the civil action concerns real estate within a planned community subject to the provisions of chapter 116 of NRS or real estate within a condominium hotel subject to the provisions of chapter 116B of NRS, all administrative procedures specified in any covenants, conditions or restrictions applicable to the property or in any bylaws, rules and regulations of an association have been exhausted.

2. A court shall dismiss any civil action which is commenced in violation of the provisions of subsection 1.

Sincerely,

*Karina Duenas*

Karina Duenas
ADR Facilitator

**Carson City**: 1818 E. College Parkway, Suite 110   Carson City, Nevada 89706 - Telephone (775) 684-1900 – Fax (775) 687-4868

**Las Vegas**: 3300 W. Sahara Avenue, Suite 325   Las Vegas, Nevada 89102 - Telephone (702) 486-4480 - Fax (702) 486-4520
www.red.nv.gov/Content/CIC/Main        cicombudsman@red.nv.gov

OSSIRIS LYNCH
**C/O BLACK & WADHAMS, PLLC**
**ATTN: RUSTY GRAF, ESQ.**
10777 W. TWAIN AVENUE SUITE 300
LAS VEGAS, NV  89135

GRANBURY AT VALLEY VISTA HOMEOWNERS' ASSOCIATION
**C/O O'HAGAN MEYER**
**ATTN: KEVIN L. GOLDEN, ESQ.**
300 S. 4TH STREET SUITE 1250
LAS VEGAS, NV  89101

**Carson City:** 1818 E. College Parkway, Suite 110   Carson City, Nevada 89706 - Telephone (775) 684-1900 – Fax (775) 687-4868

**Las Vegas:** 3300 W. Sahara Avenue, Suite 325   Las Vegas, Nevada 89102 - Telephone (702) 486-4480 - Fax (702) 486-4520
www.red.nv.gov/Content/CIC/Main          cicombudsman@red.nv.gov