RUSTY GRAF, ESQ.
Nevada Bar No. 6322
SASHA ARAUJO HERNANDEZ, ESQ.
Nevada Bar No. 16675
**BLACK & GRAF**
10777 W. Twain Avenue, Third Floor
Las Vegas, Nevada 89135
(702) 869-8801
(702) 869-2669 (fax)
rgraf@blackgraf.law
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OSSIRIS LYNCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GRANBURY AT VALLEY VISTA HOMEOWNERS ASSOCIATION, a Nevada corporation; DOES I-X, ROE ENTITIES I-X,<br><br>Defendants. | CASE NO.: 2:26-cv-00895-APG-EJY<br><br>**DISCOVERY PLAN AND SCHEDULING ORDER** |

Pursuant to FRCP 26(f) and LR26-1, counsel held a conference on June 5, 2026. Based on the conference, the parties propose to the Court the following discovery plan:

   a. **FRCP 26(a)(1) Disclosures**:

      i.   Plaintiff: ON OR AFTER: June 19, 2026

      ii.  Defendant: ON OR AFTER: June 19, 2026

   b. **Close of Discovery**: June 4, 2027

   c. **FRCP 26(a)(2) Disclosures (Experts)**:

      i.   Expert Disclosures: April 5, 2027

      ii.  Rebuttal Expert Disclosures: June 4, 2027

<em>BLACK & GRAF</em><br>10777 W. Twain Avenue, 3rd Floor<br>Las Vegas, Nevada 89135<br>(702) 869-8801 FAX: (702) 869-2669

d. **Deadline to Amend Pleadings and Add Parties**: April 5, 2027

e. **Dispositive Motions**: July 5, 2027

f. **Pretrial Order (Court to fill in)**: _____

The disclosures required by FRCP 26(a)(3) shall be made in the joint pretrial order. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

g. **Subject of Discovery**:

Discovery will be needed on the following subjects: All claims set forth in the complaint as well as the defenses relevant to the action. No discovery phases are needed or requested by the parties at this time.

h. **Disclosures Under Rule 26(a)**:

Aside from electronic submission, the parties have no changes to the timing, form, or requirement for disclosures under Rule 26(a).

i. **Protective Order(s)**:

At this time, the parties do not currently anticipate that discovery will necessitate the exchange of confidential information, trade secrets, and/or commercially sensitive information. If this should change, the parties reserve the right to request a protective order to be entered by the Court to govern the use and disclosure of information that is deemed confidential, trade secrets, and/or commercially sensitive information.

j. **Settlement**:

The parties have participated in settlement negotiations. The parties will continue to discuss possible resolution of this matter.

k. **Later Appearing Parties**:

A copy of this discovery plan and scheduling order shall be served by Plaintiff on

BLACK & GRAF
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669

any person served after it is entered, or, if an additional defendant should appear, within five (5) days of their first appearance. This discovery plan and scheduling order shall apply to such later-appearing parties, unless the court, on motion and for good cause shown orders otherwise.

**l.  Alternative Dispute Resolution**:

The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluations.

**m.  Alternative Forms of Case Disposition**:

The parties certify that they considered, but rejected, consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

/ / /

**BLACK & GRAF**
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669

**n. Electronic Evidence**:

The parties do not anticipate discovery issues at this time and do not foresee any issues arising from the disclosure of electronically stored information.  The parties agree to serve discovery requests, discovery responses, and disclosures via electronic mail.  The parties further intend to present evidence in electronic format to jurors for the purposes of jury deliberations.   The parties reserve the right to amend this plan either through stipulation or motion.

DATED this 5th day of June, 2026.          DATED this 5th day of June, 2026.

**BLACK & GRAF**                              **O'HAGAN MEYER PLLC**

*/s/ Rusty Graf, Esq.*                        */s/ Inku Nam, Esq.*
Rusty Graf, Esq.                              Inku Nam, Esq.
Nevada Bar No. 6322                           Nevada Bar No. 12050
10777 W. Twain Ave., Ste. 300                 300 S. 4th St., Ste. 1250
Las Vegas, NV 89135                           Las Vegas, NV 89101
rgraf@blackgraf.law                           inam@ohaganmeyer.com
*Attorneys for Plaintiff*                     *Attorneys for Defendant*

**BLACK & GRAF**
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669