INKU NAM, ESQ. (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Defendant*
*Granbury at Valley Vista*
*Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OSSIRIS LYNCH, an individual<br><br>Plaintiff,<br><br>vs.<br><br>GRANBURY AT VALLEY VISTA HOMEOWNERS' ASSOCIATION,<br><br>Defendant. | Case No.: 2:26-cv-00895-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff Ossiris Lynch ("Plaintiff") and Defendant Granbury at Valley Vista Homeowners Association ("Defendant") by and through their respective undersigned counsel of record, hereby stipulated and agree to extend the deadline for the Defendant to reply in support of Defendant's Motion to Dismiss [ECF No. 5] by one weeks, from June 8, 2026, to **June 15, 2026**. This is the parties' First Request.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for requested extension because defense counsel is currently out of the office, returning next week, and therefore additional time is being requested in order to allow counsel to return and prepare the reply. Defendant requested the extension of the deadline and Plaintiff was fully cooperative and agreeable.

//

1

This is the first request for the extension of this deadline.

**IT IS SO STIPULATED.**

Dated this 8th day of June, 2026

By: _/s/___Rusty Graf_____
    Rusty Graf, ESQ.
    Nevada Bar No. 6322
    Sasha Araujo Hernandez, ESQ.
    Nevada Bar No. 16675
    **BLACK & GRAF**
    10777 W. Twain Ave., Suite 300
    Las Vegas, NV 89135

    *Attorneys for Plaintiff*

By: _/s/ Inku Nam_____
    INKU NAM, ESQ.
    Nevada Bar No. 12050
    **O'HAGAN MEYER PLLC**
    300 S. 4th Street, Suite 1250
    Las Vegas, NV 89101

    *Attorneys for Defendant*
    *Granbury at Valley Vista*
    *Homeowners Association*

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT COURT JUDGE

DATED: _____