RUSTY GRAF, ESQ.
Nevada Bar No. 6322
SASHA ARAUJO HERNANDEZ, ESQ.
Nevada Bar No. 16675
**BLACK & GRAF**
10777 W. Twain Avenue, Third Floor
Las Vegas, Nevada 89135
(702) 869-8801
(702) 869-2669 (fax)
rgraf@blackgraf.law
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OSSIRIS LYNCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GRANBURY AT VALLEY VISTA HOMEOWNERS ASSOCIATION, a Nevada corporation; DOES I-X, ROE ENTITIES I-X,<br><br>Defendants. | CASE NO.: **2:26-cv-00895-APG-EJY**<br><br>**STIPULATION AND ORDER TO EXTEND CERTAIN DISCOVERY DEADLINES**<br><br>**(First Request)** |

Plaintiff Ossiris Lynch ("Plaintiff") and Defendant Granbury at Valley Vista Homeowners Association ("Defendant"), by and through their respective undersigned counsel of record, hereby submit the following Stipulation and Order to Extend Discovery Deadlines in accordance with Local Rules ("LR") 26-3 and LR IA 6-1. This is the first request to extend the deadlines in scheduling order [ECF 27].

Counsel submits that this request is brought in good faith, supported by good cause in compliance with LR 26-3, addressing whether excusable neglect exists, and is not intended for any purposes of delay.

/ / /

Page 1 of 3

**DISCOVERY COMPLETED**

The parties have exchanged initial disclosures and/or are expected to do so imminently.

**DISCOVERY REMAINING**

Initial disclosures need to be exchanged; the parties will likely exchange written discovery; produce additional documentation as discovery is ongoing; conduct deposition discovery, exchange expert witnesses, conduct depositions of experts, and exchange rebuttal witnesses.

**WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

The parties request a 90-day extension of discovery deadlines for two reasons.  First, the parties' current discovery plan and scheduling order [ECF 27] was signed on July 2, 2026.  On April 6, 2026, Defendant filed a motion to dismiss [ECF 5] disputing the sufficiency of each of the claims asserted in the underlying complaint. That motion is fully briefed (with Plaintiff opposing the same) and the ultimate ruling could significantly impact the course and scope of discovery in this case (i.e., depending on whether some or all claims are dismissed in whole or in part). The parties have not yet agreed to a stipulation to stay proceedings pending this determining (preferring to extend the deadlines), but for reasons stated below, the parties have been careful about the expenditure of unnecessary costs.

The second reason for this request is that the parties are currently engaged in good faith serious settlement discussions that could resolve the entirety of the matters. In notable part, these discussions implicate the recovery of attorney's fees incurred in this action – accordingly, the parties have been careful in requiring other substantive action in this matter because that could increase Plaintiff's expenditure of fees that, in turn, could increase the settlement and make resolution more challenging.

/ / /

BLACK & GRAF
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669

**EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

The extension of the remaining deadlines in the case would result in the following revised discovery schedule:

| DESCRIPTION | CURRENT DEADLINE | PROPOSED DEADLLINE |
| --- | --- | --- |
| Expert Disclosures | August 4, 2026 | November 2, 2026 |
| Rebuttal Expert Disclosures | September 3, 2026 | December 2, 2026 |
| Close of Discovery | October 5, 2026 | January 4, 2026 |
| Dispositive Motions | November 4, 2026 | February 2, 2026 |
| Pretrial Order | December 4, 2026 | March 4, 2026 |

Respectfully submitted this 31st day of July 2026.

**BLACK & GRAF**                          **O'HAGAN MEYER PLLC**

*/s/ Rusty Graf, Esq.*                    */s/ Inku Nam, Esq.*
Rusty Graf, Esq.                          Inku Nam, Esq.
Nevada Bar No. 6322                       Nevada Bar No. 12050
10777 W. Twain Ave., Ste. 300            300 S. 4th St., Ste. 1250
Las Vegas, NV 89135                       Las Vegas, NV 89101
rgraf@blackwadhams.law                    inam@ohaganmeyer.com
*Attorneys for Plaintiff*                 *Attorneys for Defendant*

**ORDER**

IT IS HEREBY ORDERED that the following deadlines shall be extended as follows:

| DESCRIPTION | PROPOSED DEADLLINE |
| --- | --- |
| Expert Disclosures | November 2, 2026 |
| Rebuttal Expert Disclosures | December 2, 2026 |
| Close of Discovery | January 4, 2026 |
| Dispositive Motions | February 2, 2026 |
| Pretrial Order | March 4, 2026 |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

BLACK & GRAF
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669