INKU NAM, ESQ. (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Defendant Granbury at Valley Vista Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OSSIRIS LYNCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GRANBURY AT VALLEY VISTA HOMEOWNERS ASSOCIATION, a Nevada corporation; DOES I-X, ROE ENTITIES I-X,<br><br>Defendants. | Case No.: 2:26-cv-00895-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN**<br><br>**(Second Request)** |

Plaintiff Ossiris Lynch ("Plaintiff") and Defendant Granbury at Valley Vista Homeowners Association ("Defendant"), by and through their respective undersigned counsel of record, hereby submit the following Stipulation and Order to Extend Discovery Deadlines in accordance with Local Rules ("LR") 26-3 and LR IA 6-1. This is the second request to extend the deadlines in scheduling order [ECF 27].

Counsel submits that this request is brought in good faith, supported by good cause in compliance with LR 26-3, addressing whether excusable neglect exists, and is not intended for any purposes of delay.

/ / /

/ / /

**DISCOVERY COMPLETED**

The parties have exchanged initial disclosures and/or are expected to do so imminently. The parties have begun the meet and confer process to identify potential depositions.

**DISCOVERY REMAINING**

The parties will likely exchange written discovery; produce additional documentation as discovery is ongoing; conduct deposition discovery, exchange expert witnesses, conduct depositions of experts, and exchange rebuttal witnesses.

**WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

The parties request a 90-day extension of discovery deadlines for two reasons. The parties' current discovery plan and scheduling order [ECF 29] was signed on July 31, 2026. On April 6, 2026, Defendant filed a motion to dismiss [ECF 5] disputing the sufficiency of each of the claims asserted in the underlying complaint. That motion is fully briefed (with Plaintiff opposing the same) and the ultimate ruling could significantly impact the course and scope of discovery in this case (i.e., depending on whether the claims are dismissed in whole or in part). The parties have not yet agreed to a stipulation to stay proceedings pending this determination (preferring to extend the deadlines), but for reasons further stated below, the parties have been careful about the expenditure of unnecessary costs.

The second reason for this request is that the parties are currently engaged in good faith and serious settlement discussions that could resolve the entirety of this matter. In notable part, these discussions implicate the recovery of attorney's fees incurred in this action – accordingly, the parties have been careful in requiring other, substantive action in this matter because that could increase Plaintiff's expenditure of fees that, in turn, could increase the settlement and make resolution more challenging.

In light of the parties' efforts to efficiently resolve this dispute and given ongoing commitments in litigation, the parties believe that a ninety (90) day extension of all remaining deadlines is a reasonable request.

O'HAGAN MEYER ATTORNEYS ▲ ADVISORS

**EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

The extension of the remaining deadlines in the case would result in the following revised discovery schedule:

| **DESCRIPTION** | **CURRENT DEADLINE** | **PROPOSED DEADLLINE** |
|---|---|---|
| Expert Disclosures | November 2, 2026 | February 1, 2027 |
| Rebuttal Expert Disclosures | December 2, 2026 | March 2, 2027 |
| Close of Discovery | January 4, 2027 | April 5, 2027 |
| Dispositive Motions | February 2, 2027 | May 3, 2027 |
| Pretrial Order | March 4, 2027 | June 2, 2027 |

This request for an extension of time is not sought for any improper purpose including delay.

This is the second request for the extension of this deadline.

**IT IS SO STIPULATED.**

Dated this 10th day of November, 2026

By:_/s/ *Sasha Araujo Hernandez*____
Rusty Graf, ESQ.
Nevada Bar No. 6322
Sasha Araujo Hernandez, ESQ.
Nevada Bar No. 16675
**BLACK & GRAF**
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135

*Attorneys for Plaintiff*

By:__/s/ *Inku Nam*________________________
INKU NAM, ESQ.
Nevada Bar No. 12050
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

*Attorneys for Defendant*
*Granbury at Valley Vista*
*Homeowners Association*

O'HAGAN MEYER ATTORNEYS ADVISORS

**ORDER**

IT IS HEREBY ORDERED that the following deadlines shall be extended as follows:

| **DESCRIPTION** | **PROPOSED DEADLLINE** |
|---|---|
| Expert Disclosures | February 1, 2027 |
| Rebuttal Expert Disclosures | March 2, 2027 |
| Close of Discovery | April 5, 2027 |
| Dispositive Motions | May 3, 2027 |
| Pretrial Order | June 2, 2027 |

**IT IS SO ORDERED:**

__________________________________
UNITED STATES DISTRICT JUDGE

DATED: ____________________________